55 A.3d 97

Anthony MATTHEWS, Petitioner

v.

NORRISTOWN STATE HOSPITAL, Respondent.

No. 133 EM 2012.

Supreme Court of Pennsylvania.

Oct. 15, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of October, 2012, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation improper). The Prothonotary is directed to forward these filings to counsel of record.